UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CAROLINE ROSS, | § § § | |
| Plaintiff, | § | |
| v. | § § | SA-18-CA-269-HJB |
| JUDSON INDEPENDENT SCHOOL DISTRICT, et al. | § § § § | |
| Defendants. | § | |

## SHOW CAUSE ORDER

Before the Court is Defendants' Motion for Summary Judgment, or in the Alternative, Plea to the Jurisdiction in Part (Docket Entry 32.) Defendants' motion was filed on May 24, 2019. Under Local Rule CV-7(e)(2), a response to a dispositive motion must be filed "not later than 14 days after the filing of the motion." The Rule further provides that, "[i]f there is no response filed within the time period prescribed by this rule, the court may grant the motion as unopposed." *Id.* The time for response has passed, yet Plaintiff has not responded to Defendant's motion to dismiss.

Accordingly, it is hereby **ORDERED** that, within **fourteen (14) days of the date of this Order**, Plaintiff must **SHOW CAUSE** why Defendant's motion (Docket Entry 32) should not be granted as unopposed. Any response to this Order must both address the merits of Defendants' motion and provide good cause for the delay in responding.

Failure to respond to this Order may result in dismissal of Plaintiff's case for the reasons set out in the Motion to Dismiss, and alternatively for failure to prosecute her case. *See* FED. R. CIV. P. 41(b).

**SIGNED** on June 12, 2019.

_____
Henry J. Bemporad
United States Magistrate Judge