UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CAROLINE ROSS, | § § | |
| Plaintiff, | § § | |
| v. | § § | SA-18-CA-269-HJB |
| JUDSON INDEPENDENT SCHOOL DISTRICT; DR. CARL A. MONTOYA; ELIDA BERA; DR. MELINDA SALINAS; RENEE PASCHALL; and RICHARD LAFOILLE, | § § § § § § § | |
| Defendants. | § | |

**ORDER**

Before the Court are Defendants' Opposed Motion to Strike Plaintiff's Response to Defendants' Motion for Summary Judgment, or in the Alternative, Defendants' Motion for Extension of Time to File Reply and to Exceed Page Limits and Request for Expedited Ruling (Docket Entry 47) and Plaintiff's Opposed Motion to Dismiss Claims for Money Damages, Attorney's Fees and Costs Against Defendant Dr. Carl A. Montoya (Docket Entry 49). A hearing was held on these motions on September 26, 2019.

Pursuant to the Court's ruling during the hearing, Defendants' Motion to Strike (Docket Entry 47) is **GRANTED IN PART**. Plaintiff's response to the motion (Docket Entry 41) is **STRICKEN**.[1] Plaintiff must file an amended response to Defendants' Motion for Summary Judgment (Docket Entry 32) **on or before October 10, 2019**. Plaintiff's amended response **shall not exceed thirty pages in length**. Defendants may file an amended reply **on or before October 31, 2019**, and also shall not exceed thirty pages in length. Exhibits already on file shall not be re-

---

[1] The exhibits attached to the motion (Docket Entries 41-1 through 41-6) are not stricken.

filed; the parties must refer to the exhibits already filed. No further extensions will be granted. All other requested relief not expressly granted is denied.

Plaintiff's Motion to Dismiss Claims for Money Damages, Attorney's Fees and Costs Against Defendant Dr. Carl A. Montoya (Docket Entry 49)[2] is **GRANTED**.

It is so **ORDERED**.

**SIGNED** on September 26, 2019.

Henry J. Bemporad
United States Magistrate Judge

---

[2] Plaintiff's motion, as filed, indicates that Defendants opposed the requested relief. (*See* Docket Entry 49, at 1.) During the September 26, 2019, hearing, counsel for Defendants indicated non-opposition to the motion.