UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION



| | | |
|---|---|---|
| CAROLINE ROSS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-18-CA-269-HJB |
| | § | |
| JUDSON INDEPENDENT SCHOOL | § | |
| DISTRICT, DR. CARL A. MONTOYA, | § | |
| ELIDA BERA, DR. MELINDA SALINAS, | § | |
| RENEE PASCHALL, and RICHARD | § | |
| LAFOILLE, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the status of the above case. Currently pending before the Court is Defendants' Motion for Summary Judgment, or in the Alternative, Plea to the Jurisdiction in Part. (Docket Entry 32.) On September 26, 2019, the Court ordered Plaintiff's overlong response to this motion stricken from the record. (Docket Entry 52.) In that order, the Court limited the Plaintiff's response to thirty pages, and ordered that exhibits already on file not be re-filed. (*Id.*)

Plaintiff's amended response was filed on October 10, 2019. (Docket Entry 54.) There are 483 pages of exhibits attached, the vast majority of which appear to duplicate exactly the exhibits attached to the previous response.[1] This is in clear violation of the Court's express order.

One attachment does not appear to duplicate the previously filed documents: a "Summary of Facts" included with Appendix of Exhibits. (*See* Docket Entry 54-1, at 3–23.) This "summary" is nothing more than a discussion of facts that have been, or should be, discussed in the Plaintiff's

---

[1] Exhibit 50 is listed as the same document in each filing, but it does not appear to be included with the exhibits in the amended response.

response to the motion for summary judgment.  Including it therefore exceeds the 30-page limit the

Court placed on Plaintiff's response.

Accordingly, it is hereby **ORDERED** that the Appendix and Exhibits 1 through 62 attached

Plaintiff's amended response (Docket Entries 54-1 through 54-7) are **STRICKEN** from the record

pursuant to Federal Rules of Civil Procedure 16(f)(2) and 37(b)(2)(A)(iii).  In replying to Plaintiff's

response, Defendants need refer only to the exhibits previously filed.

**SIGNED** on October 15, 2019.

Henry J. Bemporad
United States Magistrate Judge